**JIANQING WU, Plaintiff—Appellant,**

v.

**EQUIFAX, Defendant—Appellee.**

**No. 06–1655.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 14, 2007.

Decided: Feb. 27, 2007.

Jianqing Wu, Appellant Pro Se. John J. Friedline, Kilpatrick & Stockton, LLP, Atlanta, Georgia; Nathan Daniel Adler, Neuberger, Quinn, Gielen, Rubin & Gibber, PA, Baltimore, Maryland, for Appellee.

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jianqing Wu appeals the district court's order granting Equifax's Fed.R.Civ.P. 56 motion for summary judgment and denying Wu's motion for partial summary judgment in this action filed under the Fair Credit Reporting Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wu v. Trans Union,* No. 8:03–cv–01290–AW (D.Md. May 2, 2006). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*